# JAMES KOUSOUROS
*ATTORNEY AT LAW*

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
Founder & Principal

EVAN M. ROCK
Senior Associate

EMMA J. COLE
Legal Assistant

December 8, 2019

**Via ECF**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: **United States v. Fawad Hameedi (17-CR-137)**

Dear Judge Koeltl,

This letter is respectfully submitted to request that the Court issue an Order permitting Fawad Hameedi to travel to Albany, New York on December 8, 2019 to visit his brother Hammad Hameedi, whose son, Fawad's nephew, has been admitted to hospital following a series of seizures.

We apologize for filing this request on a Sunday however, the medical situation just arose. Should the Court not be available to entertain this request today we would ask for permission for Mr. Hameedi to travel to Albany tomorrow, December 9, 2019.

Assistant United States Attorney David Abramowicz consents to the instant travel request. We have not been able to secure the position of Pretrial Services; however, we ask the Court to note that Pretrial has never objected to Dr. Hameedi's travel requests in the past.

Thank you for your courtesy and consideration.

Respectfully Submitted,

_____/s/_____

James Kousouros, Esq.

C.C.

David Abramowicz,
*Assistant United States Attorney*

Lea Harmon,
*United States Pretrial Services Officer*

---

Handwritten note from Judge:

Application granted. The Court regrets this letter did not come to the Court's attention earlier. Parties should fax any requests for immediate relief as well as using ECF.

So ordered.
/s/ Koeltl, USDJ
12/11/19