# JAMES KOUSOUROS
*ATTORNEY AT LAW*

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
*Founder & Principal*

EVAN M. ROCK
*Senior Associate*

EMMA J. COLE
*Legal Assistant*

December 23, 2019

**Via ECF**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _____

Re: **United States v. Fawad Hameedi (17-CR-137)**

Dear Judge Koeltl,

This letter is respectfully submitted to request that the Court issue an Order permitting Fawad Hameedi to travel to North Carolina, with his wife Aisha Khan, from January 3, 2020 to January 5, 2020 in order to visit their cousin Saima Baber. Ms. Baber has been diagnosed with thyroid cancer and will undergo surgery on January 3, 2020.

Pretrial Services Officer Lea Harmon has no objection to the instant request. Assistant United States Attorney David Abramowicz consents to the instant travel request.

Thank you for your courtesy and consideration.

Respectfully Submitted,

_____/s/_____

James Kousouros, Esq.

C.C.

David Abramowicz,
*Assistant United States Attorney*

Lea Harmon,
*United States Pretrial Services Officer*

APPLICATION GRANTED
SO ORDERED

12/23/19

John G. Koeltl, U.S.D.J.