# JAMES KOUSOUROS
*ATTORNEY AT LAW*

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

EVAN M. ROCK
SENIOR ASSOCIATE

EMMA J. COLE
LEGAL ASSISTANT

February 4, 2020

**Via ECF**
Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
2/4/20

**Re:   United States v. Fawad Hameedi, (17-CR-137)**

Dear Judge Koeltl,

This letter is respectfully submitted to request that the Court issue an Order permitting Fawad Hameedi to travel to the following destinations:

**1.   Philadelphia, Pennsylvania – February 8, 2020**

Mr. Hameedi would travel to Philadelphia with his wife on February 8, 2020 in order to attend the engagement ceremony of his friend Josin James. Mr. and Mrs. Hameedi would return home the same day. The ceremony is to be held at:

St. Thomas Syro-Malabar Catholic Forane Church
608 Welsh Rd
Philadelphia, PA 19115

**2.   San Antonio, Texas – February 13, 2020 – February 16, 2020**

Mr. Hameed would travel to San Antonio with his wife from February 13, 2020 to February 16, 2020 in order to support his wife, who will attend the Physicians Moms' Group Conference for continuing medical education. Mr. Hameedi would be responsible for his son's childcare while Mrs. Hameedi attends the conference. Mr. and Mrs. Hameedi would stay at:

La Cantera Resort
16641 La Cantera Pkwy
San Antonio, TX 78256

Assistant United States Attorney David Abramowicz and Pretrial Services Officer Lea Harmon have no objection to the instant travel requests.

Thank you for your courtesy and consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-5-20

Respectfully Submitted,

_____/s/_____

James Kousouros, Esq.

C.C.

David Abramowicz,
Kristy Greenberg,
Michael Neff,
*Assistant United States Attorneys*

Lea Harmon,
*United States Pretrial Services Officer*