# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

February 26, 2021

**Via ECF**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
Application granted. The sentencing is
adjourned to May 3, 2021 at 10 a.m.

SO ORDERED.

New York, New York   /s/ John G. Koeltl
March 1, 2021        John G. Koeltl, U.S.D.J.
```

Re:    **United States v. Fawad Hameedi,** 17 Cr. 137 (JGK)

Dear Judge Koeltl,

We write to respectfully join in the application of Asim Hameedi requesting that the sentencing of Fawad Hameedi be adjourned for one month. Given the gravity of this proceeding, Dr. Hameedi would like to proceed to sentencing in person and will not consent to proceeding virtually.

We thank the Court for your courtesy and consideration.

Very Truly Yours,

_____/s/_____

James Kousouros, Esq.

c.c.

David Abramowicz
Kristy Greenberg
Michael Neff
*Assistant United States Attorneys*