# JAMES KOUSOUROS
*ATTORNEY AT LAW*

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

June 7, 2021

**BY ECF**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> **Re:** **United States v. Fawad Hameedi,** 17 Cr. 137 (JGK)

Dear Judge Koeltl,

This letter is submitted on behalf of Fawad Hameedi to respectfully request the Court amend Mr. Hameedi's judgment to include a specific recommendation to the Bureau of Prisons that Mr. Hameedi be designated to the camp at FCI Otisville, New York, so that he may be close to his young family.

Thank you for your courtesy and consideration.

Very Truly Yours,

_____/s/_____

James Kousouros, Esq.

c.c.

David Abramowicz
Kristy Greenberg
Michael Neff
Assistant United States Attorneys

Fawad Hameedi

*The Court has signed the amended judgment as requested. So ordered.*
*John G. Koeltl*
*6/8/21  U.S.D.J.*