UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

FAWAD HAMEEDI,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

[Consent / Proposed]
**ORDER OF RESTITUTION**

S2 17 Cr. 137 (JGK)

THE HONORABLE JOHN G. KOELTL, United States District Judge:

Upon the application of the United States of America, by its attorney, Ilan T. Graff, the Attorney for the United States acting under authority conferred by 28 U.S.C. § 515, Michael D. Neff and David M. Abramowicz, Assistant United States Attorneys, of counsel; the final Presentence Investigation Report; defendant FAWAD HAMEEDI's conviction on Count One of the S2 Information; and all other proceedings in this case, it is hereby ORDERED that:

### 1. Amount of Restitution

Defendant FAWAD HAMEEDI (the "defendant") shall pay restitution in the total amount of **$189,375.00**, pursuant to 18 U.S.C. §§ 3663 and 3663A, to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

### A.     Joint and Several Liability

The defendant's restitution obligation is joint and several, in full, with both co-defendant Asim Hameedi and co-conspirator Absar Haaris (16 Cr. 756 (JSR)).

### B.     Apportionment Among Victims

Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

## 2.     Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). While serving the term of imprisonment, the defendant shall make installment payments toward his restitution obligation, and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Pursuant to BOP policy, the BOP may establish a payment plan by evaluating the defendant's six-month deposit history and subtracting an amount determined by the BOP to be used to maintain contact with family and friends. The remaining balance may be used to determine a repayment schedule. BOP staff shall help the defendant develop a financial plan and shall monitor the inmate's progress in meeting his restitution obligation. Any unpaid amount remaining upon release from prison will be paid at a rate of at least 10% of gross monthly income. The existence of a payment plan set by the Court,

however, shall not bar any other governmental collection efforts against any of the defendant's available assets.

### 3. Payment Instructions

The defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card, or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the defendant shall contact the Clerk's Office for wiring instructions.

All restitution payments made by defendants shall be distributed to CMS at:

> Centers for Medicare & Medicaid Services (CMS)
> c/o U.S. Department of Justice Lockbox
> P.O. Box 790363
> St. Louis, MO 63179-0363

### 4. Additional Provisions

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the defendant's name, residence, or mailing address, or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this Order,

the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

## 5. **Restitution Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

### 6. Sealing

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

ILAN T. GRAFF
Attorney for the United States, acting
under authority conferred by 28 U.S.C. § 515

By: _____      7/29/2021
Michael D. Neff/David M. Abramowicz      DATE
Assistant United States Attorneys
One Saint Andrew's Plaza
New York, NY 10007
Tel.: (212) 637-2107/-6525

FAWAD HAMEEDI

By: _____      08/04/2021
FAWAD HAMEEDI      DATE

By: _____ Emma Cire      08/04/2021
James Kousouros, Esq.      DATE
260 Madison Avenue, 22nd Floor
New York, NY 10016

SO ORDERED:

_____      8/9/21
THE HONORABLE JOHN G. KOELTL      DATE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK