# JAMES KOUSOUROS
*ATTORNEY AT LAW*

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

May 10, 2022

**BY ECF**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

           **Re:**    ***United States v. Fawad Hameedi***, 17 Cr. 137 (JGK)

Dear Judge Koeltl,

    This letter is respectfully submitted to request the Court issue an Order directing Pretrial Services/Department of Probation to release Mr. Hameedi's passport and return it to him.

    We have conferred with Probation Officer Vincent Danielo and the Government and there is no objection to this request.

    Thank you for your courtesy and consideration.

                                                        Respectfully submitted,

                                                       _____/s/_____

                                                       James Kousouros, Esq.

c.c.

David Abramowicz
Kristy Greenberg
Michael Neff
Assistant United States Attorneys

Vincent Danielo
United States Probation Officer

Fawad Hameedi, M.D.

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.

5/11/22