# JAMES KOUSOUROS
*ATTORNEY AT LAW*

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

October 31, 2022

**BY ECF**

Hon. John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Fawad Hameedi*, 17 Cr. 137 (JGK)

Dear Judge Koeltl,

This letter is respectfully submitted to request the Court issue an Order permitting Mr. Hameedi to travel to the Bahamas from January 12, 2023, to January 16, 2023, in order to attend a Disney Cruise with his wife and two children.

We have conferred with Probation Officer Brynn Dawsy and the Government and there is no objection to this request.

Thank you for your courtesy and consideration.

Respectfully submitted,

/s/ James Kousouros
James Kousouros, Esq.

c.c.

David Abramowicz
Assistant United States Attorney

Brynn Dawsy
United States Probation Officer

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
10/31/22